# Order

Michigan Supreme Court
Lansing, Michigan

July 19, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146661

ASHLEY ANN ARBOR, LLC,
        Plaintiff-Appellee,

v

                                      SC: 146661
                                       COA: 304904
                                       Washtenaw CC: 10-001345-CZ;
                                       11-000574-CZ

PITTSFIELD CHARTER TOWNSHIP,
        Defendant-Appellant.

_____/

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2013



                                      Clerk

p0716